**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

May 23, 2022

King County Superior Court
516 3rd Ave
Ste C701
Seattle, WA 98104

RE: *Robinson et al v. City of Seattle et al*
Case #2:22–cv–00366–RSL

Dear Clerk:

Please find enclosed the certified copy of Judge Robert S. Lasnik's *Order Remanding Case to State Court* in the above–referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 22–00002–04125–1–SEA

*Assigned to Judge*:_____

*Completed by Deputy Clerk*: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Laura Hobbs,
*Deputy Clerk*

Enclosures